RECEIVED
IN MONROE, LA
JUL 8 - 2008
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| HENRY DYKES | CIVIL ACTION NO. 08-0544 |
| VS. | SECTION P |
| TIM WILKINSON, WARDEN | JUDGE JAMES |
| | MAGISTRATE JUDGE HAYES |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record including the objections filed by petitioner, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that this petition for writ of *habeas corpus* is **DENIED** and **DISMISSED WITH PREJUDICE** as time-barred by the one-year limitation period codified at 28 U.S.C. §2244(d).

THUS DONE AND SIGNED, in chambers, in Monroe, Louisiana, on this ___8___ day of ___July___, 2008.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE